# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re Ex Parte Application of FONCIÈRE SAINT HONORÉ and SAS 40 RUE DES SAINTS-PÈRES for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding | Case No. | 20-mc-193 |

## ORDER

Foncière Saint Honoré and SAS 40 Rue des Saints-Pères (the "Applicants") apply for an order under 28 U.S.C. § 1782, to conduct discovery and serve document subpoenas on Andre Balazs, HotelsAB, LLC, and Balazs Investors, LLC (collectively, the "Discovery Targets"), all of whom can be found in this District.

Based upon the Application and accompanying declarations and exhibits submitted, the Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for use in a Foreign Proceeding, (Dkt. 1), is GRANTED.

It is hereby ordered that the Applicants are authorized to issue and serve subpoenas on the Discovery Targets containing the substance and form of the subpoenas attached as Exhibits B, C, and D to the Application.

**IT IS SO ORDERED.**

DATED: July 24, 2020

_____
J. PAUL OETKEN
United States District Judge